IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-102-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MATTHEW DARNELL PITTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

The court has reviewed the entire record, including subsequently decided authority and defendant's post-sentencing conduct. Essentially, for the reasons stated in the government's response in opposition [D.E. 57], the court DENIES defendant's motion for compassionate release [D.E. 52]. Moreover, having considered the section 3553(a) factors and the entire record, the court finds that the section 3553(a) factors counsel against reducing defendant's sentence.

SO ORDERED. This 28 day of July, 2025.

JAMES C. DEVER III
United States District Judge